UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **WELLINGTON GRANT** | **CIVIL ACTION** |
| **VERSUS** | **NO. 10-3303** |
| **MARLIN N. GUSMAN, LT. RUEZ, (SOD) SGT. WADE** | **SECTION "A"(4)** |

## O R D E R

The Court, having considered the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of the plaintiff to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that the plaintiff Wellington Grant's 42 U.S.C. § 1983 claims against the defendants, Orleans Parish Sheriff Marlin Gusman, Lieutenant Ruiz, and Sergeant Wade, are **DISMISSED WITH PREJUDICE** and Grant's § 1983 claims for failure to protect are **DISMISSED WITHOUT PREJUDICE**, all as frivolous and otherwise for failure to state a claim for which relief can be granted pursuant to 28 U.S.C. §§ 1915(e), 1915A and 42 U.S.C. § 1997e.

New Orleans, Louisiana, this 13th day of December, 2011.

_____
**UNITED STATES DISTRICT JUDGE**